United States District Court
Northern District of New York

| | | |
|---|---|---|
| Michael J. Fallon, | ) | Case 1:19-cv-00290-ATB |
| *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| v. | ) | United States Magistrate Judge |
| | ) | |
| Commissioner of the Social | ) | Stipulation – Document Filed Electronically |
| Security Administration, | ) | |
| *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Andrew Saul,
Commissioner of Social Security

By His Attorneys

Grant C. Jaquith,
United States Attorney

*/s/ Gwendolyn N. J. Russell*
Gwendolyn N. J. Russell
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 701014
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-3379
Gwendolyn.Russell@ssa.gov

Michael J. Fallon

By His Attorney

*/s/ Josephine Gottesman*[1]
Josephine Gottesman
Dennis Kenny Law
288 North Plank Road
Newburgh, NY 12550
(845) 566-4400
jgottesman@denniskennyssdlaw.com

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated: October 18, 2019
Syracuse, NY

---

[1] Signed by Gwendolyn N. J. Russell with Josephine Gottesman's permission.